SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2011 FEB -1 PM 1:45

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CRIMINAL NO. |
| | § |
| Plaintiff, | § INDICTMENT |
| | § |
| v. | § AT1CR 049 LY |
| | § [Violations: |
| ARNOLDO GONZALEZ, JR.(1), | § Count 1: 21 U.S.C. § 846[841(a)(1) & |
| aka "Nolo", "Big-A" | § (b)(1)(A)]- [Conspiracy to Possess with |
| JESUS ROEL MUNGUIA(2), | § Intent to Distribute a Controlled Substance; |
| RICKY GONZALES(3), | § Methamphetamine and Marijuana] |
| aka "Gonzo" | § Counts 2-5: 21 U.S.C. § 846[841(a)(1) & |
| ROLANDO GARZA(4), | § (b)(1)(B)]-[Possession with Intent to |
| aka "Ro" | § Distribute a Controlled Substance; |
| HUGO DANIEL TORRES(5), | § Methamphetamine] 18 U.S.C. § 2 - [Aiding |
| PATRICIA SORIA LOPEZ(6), | § & Abetting] |
| CEASAR ANDREW GOMEZ(7), | § Counts 6: 21 U.S.C. § 846[841(a)(1) & |
| NAZAREO GOVEA-PANTALEON(8), | § (b)(1)(A)]-[Possession with Intent to |
| aka "Guero" | § Distribute a Controlled Substance; |
| SCOOTER MATHEW LOZANO(9), | § Methamphetamine] 18 U.S.C. § 2 - [Aiding |
| aka "Scoot" | § & Abetting] |
| ROBERTO GONZALEZ(10), | § |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓), | § |
| ▓▓▓▓▓▓▓▓▓▓▓) | § |
| and | § |
| JORGE EDUARDO LARRANAGA(13) | § |
| Defendants. | |

THE GRAND JURY CHARGES:

COUNT ONE
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[21 U.S.C. §841(a)(1), (b)(1)(A)]

Beginning on or about December 2009, the exact date unknown and continuing until

January, 2011, in the Western District of Texas, and elsewhere, the defendants,

ARNOLDO GONZALEZ, JR.(1),

aka "Nolo", "Big-A"
**JESUS ROEL MUNGUIA(2),**
**RICKY GONZALES(3),**
aka "Gonzo"
**ROLANDO GARZA(4),**
aka "Ro"
**HUGO DANIEL TORRES(5),**
**PATRICIA SORIA LOPEZ(6),**
**CEASAR ANDREW GOMEZ(7),**
**NAZAREO GOVEA-PANTALEON(8),**
aka "Guero"
**SCOOTER MATHEW LOZANO(9),**
aka "Scoot"
**ROBERTO GONZALEZ(10)**

█████████████████████████ ),
**and**
**JORGE EDUARDO LARRANAGA(13)**

knowingly, intentionally and unlawfully combined, conspired, confederated, and agreed with

each other and others known and unknown to the grand jury, to possess with intent to distribute

50 grams or more of methamphetamine (actual), a controlled substance, and 100 kilograms or

more of a mixture and substance containing a detectible amount of marijuana, a controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

## COUNT TWO
**Possession with Intent to Distribute a Controlled Substance**
**[21 U.S.C. §841(a)(1) and (b)(1)(B)]**

On or about December 9, 2009 in the Western District of Texas, the defendant,

**JESUS ROEL MUNGUIA(2)**

aided and abetted by others known and unknown to the grand jury, knowingly and intentionally

possessed with intent to distribute 5 grams or more of methamphetamine (actual), a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title

18, United States Code, Section 2.

## COUNT THREE
### Possession with Intent to Distribute a Controlled Substance
### [21 U.S.C. §841(a)(1)and (b)(1)(B)]

On or about January 8, 2010 in the Western District of Texas, the defendants,

### JESUS ROEL MUNGUIA(2)

aided and abetted by others known and unknown to the grand jury, knowingly and intentionally

possessed with intent to distribute 5 grams or more of methamphetamine (actual), a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title

18, United States Code, Section 2.

## COUNT FOUR
### Possession with Intent to Distribute a Controlled Substance
### [21 U.S.C. §841(a)(1) and (b)(1)(B)]

On or about April 15, 2010, in the Western District of Texas, the defendant,

### ARNOLDO GONZALEZ, JR.(1)
### and
### ROLANDO JOEL GARZA(4)

aided and abetted by each other and others known and unknown to the grand jury, knowingly and

intentionally possessed with intent to distribute 5 grams or more of methamphetamine (actual), a

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and

(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FIVE
### Possession with Intent to Distribute a Controlled Substance

[21 U.S.C.  §841(a)(1)and (b)(1)(B)]

On or about May 14, 2010, in the Western District of Texas, the defendant,

**ARNOLDO GONZALEZ, JR.(1),**
**PATRICIA SORIA-LOPEZ(6),**
**and**
**ROBERTO GONZALEZ(10)**

aided and abetted by others known and unknown to the grand jury, knowingly and intentionally

possessed with intent to distribute 5 grams or more of methamphetamine (actual), a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title

18, United States Code, Section 2.

## COUNT SIX
**Possession with Intent to Distribute a Controlled Substance**
**[21 U.S.C.  §841(a)(1)and (b)(1)(A)]**

On or about August 31, 2010, in the Western District of Texas, the defendant,

**RICKY GONZALES(3)**

aided and abetted by others known and unknown to the grand jury, knowingly and intentionally

possessed with intent to distribute 50 grams or more of methamphetamine (actual), a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title

18, United States Code, Section 2.

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [21 U.S.C. §§ 846, 841(a)(1) and subject to forfeiture pursuant to
### 21 U.S.C. §§ 853(a)(1), (a)(2)]

As a result of the forgoing criminal violations as set forth in Counts One (1) through Six (6) of the indictment, which are punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit, but is not limited to, the below listed property from **DEFENDANTS ARNOLDO GONZALEZ, JR.(1), JESUS ROEL MUNGUIA(2), RICKY GONZALES(3), ROLANDO GARZA(4), HUGO DANIEL TORRES(5), PATRICIA SORIA LOPEZ(6), CEASAR ANDREW GOMEZ(7), NAZAREO GOVEA-PANTALEON(8), SCOOTER MATHEW LOZANO(9), ROBERTO GONZALEZ(10),** ▆▆▆▆▆ ▆▆▆▆▆ ), ▆▆▆▆▆ ▆▆▆▆▆ , **and JORGE EDUARDO LARRANAGA(13).** Defendants shall forfeit all right, title, and interest in said property to the United States pursuant to Fed. R. Crim. P. 32.3 and 21 U.S.C. 853(a)(1) and (a)(2) which state the following:

> **21 U.S.C. § 853(a). Criminal forfeitures**
> **(a) Property subject to criminal forfeiture**
> Any person convicted of a violation of this subchapter or subchapter II of this chapter shall forfeit to the United States . . .
>> (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
>> (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This Notice of Demand of Forfeiture includes, but is not limited to, the following personal property:

> a. $5,773.00, more or less, in United States Currency seized on or about October 27, 2010;
> b. $8,280.00, more or less, in United States Currency seized on or about October 18, 2010; and
> c. $5,783.00, more or less, in United States Currency seized on or about August 9, 2010.

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JOHN E. MURPHY
United States Attorney

By:

GRANT SPARKS
Assistant U.S. Attorney